FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SETH EMBRY, individually,

                Plaintiff,

    v.

JUST RIGHT CLEANING &
CONSTRUCTION, LLC, a Delaware
Corporation, and FLEET RESPONSE,
INC., a Delaware Corporation,

                Defendants.

No. 2:25-CV-00097-RLP

ORDER GRANTING STIPULATED
MOTION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE

Before the Court is the parties' stipulated Motion for Voluntary Dismissal with Prejudice, ECF No. 13. The parties stipulate to the dismissal of this action. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1.    The parties' stipulated Motion for Voluntary Dismissal with Prejudice, **ECF No. 13**, is **GRANTED**.

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE - 1

2.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **close** the file, and provide copies to the parties.

DATED April 3, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE - 2